UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HECTOR MATOS, JR.,

                      Plaintiff,

    vs                                  9:05-CV-1273

JOHN BURGE, Superintendent: MARK BRADT,
Deputy Superintendent; WILLIAM J. MARTENS,
Sgt.; E. RIZZO, Correctional Officer; PORTEN,
Correctional Officer; JOHN DOE, 1, Correctional
Officer; T. CHRISTOPHER, Sgt.; SHARPES,
Nurse; STATON, Correctional Officer; JOHN
DOE 2, Correctional Officer; JOHN DOE, 3,
Correctional Officer; JANE DOE, X-Ray
Technician; AHSAN SAMINA, Doctor; JOHN
DOE # 4, Nurse; # 5 JOHN DOE, Sgt.;  # 6
JOHN DOE, Correctional Officer; # 7 JOHN
DOE, Correctional Officer; DOCTOR KOOL;
and McKEEN, Correctional Officer,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

HECTOR MATOS, JR.
Plaintiff, pro Se
97-A-0832
PO Box 506
Bronx, NY 10463

HON. ANDREW M. CUOMO               DAVID L. COCHRAN, ESQ.
Attorney General of the                    Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff, Hector Matos, Jr., brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated August 22, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that defendants' motion to dismiss the first cause of action be denied. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants John Burge, Mark Bradt, and William J. Martens' motion to dismiss the first cause of action is DENIED; and

2. Defendants Burge, Bradt, and Martens shall file and serve an answer to the complaint on or before October 25, 2007.

IT IS SO ORDERED.

United States District Judge

Dated: October 10, 2007
        Utica, New York.