UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HECTOR MATOS, JR.,

                            Plaintiff,

      vs.                            9:05-CV-1273

JOHN BURGE, Superintendent: MARK BRADT, Deputy Superintendent; WILLIAM J. MARTENS, Sgt.; E. RIZZO, Correctional Officer; PORTEN, Correctional Officer; JOHN DOE, 1, Correctional Officer; T. CHRISTOPHER, Sgt.; SHARPES, Nurse; STATON, Correctional Officer; JOHN DOE 2, Correctional Officer; JOHN DOE, 3, Correctional Officer; JANE DOE, X-Ray Technician; AHSAN SAMINA, Doctor; JOHN DOE # 4, Nurse; # 5 JOHN DOE, Sgt.;  # 6 JOHN DOE, Correctional Officer; # 7 JOHN DOE, Correctional Officer; DOCTOR KOOL; and McKEEN, Correctional Officer,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

HECTOR MATOS, JR.
Plaintiff, pro Se
PO Box 506
Bronx, NY 10463

HON. ANDREW M. CUOMO            DAVID L. COCHRAN, ESQ.
Attorney General of the               Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

Plaintiff, Hector Matos, Jr., brought this civil rights action pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated November 16, 2007, the Honorable David R. Homer, United States Magistrate Judge, recommended that this action be dismissed as to all claims and all defendants.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  The above action is DISMISSED in all respects; and

2.  The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   January 11, 2008
         Utica, New York.